UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA GONZALEZ-SANCHEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | CASE NO.   C04-1744JCC <br> (CR02-104JCC) <br><br> ORDER DENYING MOTION <br> UNDER 28 U.S.C. § 2255 |

The Court, having reviewed petitioner's amended § 2255 motion, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 is DENIED and this action is DISMISSED.

(3)   The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this _17th_ day of __May__, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER DENYING § 2255 MOTION